UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-2682-JGB (PLA)                                     Date  May 19, 2014

Title:  Samuel Bowden v. Carolyn w. Colvin

PRESENT:  THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
                    NONE                                                              NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

Pursuant to this Court's Order of April 16, 2014, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph I of the Court's Order within twenty-eight days of the filing on the complaint, i.e., by May 13, 2014.  To date, the Proof of Service has not been filed with the Court.  Accordingly, **no later than May 27, 2014, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders.  Filing of the Proof of Service on or before May 27, 2014, shall be deemed compliance with this Order to Show Cause.

cc:    Steven G. Rosales, Esq.
       Office of the U.S. Attorney

Initials of Deputy Clerk_____ch___