# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

SAMUEL BOWDEN,                                    No. CV 14-2682-PLA

              Plaintiff,

           v.                                            **JUDGMENT**

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

              Defendant.

     In accordance with the Memorandum Opinion filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED:  April  13 , 2015

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE